ROBERT B. DEWARE *vs.* FEDERAL INSURANCE COMPANY.

Bristol.    May 15, 1930. — May 16, 1930.

Present: RUGG, C.J., CROSBY, PIERCE, CARROLL, & SANDERSON, JJ.

*Insurance,* Fire, Renewal.    *Agency,* Scope of authority.

A finding for the defendant, in an action of contract against an insurance
company upon an alleged policy of fire insurance, was warranted where
the evidence showed that the company had not complied with a request
of its agent to renew a previous policy, which the agent had made
upon application by the plaintiff; that the agent had promised the
renewal but had not bound the risk; and that the agent was without
general power.

CONTRACT upon an alleged policy of fire insurance in the
Massachusetts standard form.    Writ dated July 25, 1927.

In the Superior Court, the action was heard by *Dillon,* J.,
without a jury, who found for the defendant.    The plaintiff
alleged exceptions.

The case was submitted on briefs.

*C. R. Easton,* for the plaintiff.

*B. A. Brickley & H. W. Cole,* for the defendant.

BY THE COURT.    This is an action of contract to recover
upon a fire insurance policy alleged to have been issued by
the defendant upon property of the plaintiff injured by fire.
There was testimony tending to show that in 1926 the
plaintiff had insurance in six companies, the defendant
being one, on his property through the agency of one Lenzen,
and that at their expiration in February, 1927, he requested
the agent to renew the policies who said that he would do
so; that he heard no more of the matter of reinsurance
until after the fire when he was told by the agent that the
defendant did not send a new policy.    He had never re-
ceived anything in writing which would indicate an intention
to renew the policy.    The agent testified that he told the
plaintiff he must write to the defendant, which he did,
but received no reply; that he never himself issued any

renewal policy and never bound the risk. There was no testimony as to the extent of the agent's authority, but it was agreed that he was without general power. Plainly upon this evidence the finding in favor of the defendant was justified.

*Exceptions overruled.*